ACCEPTED
03-14-00065-CR
3936212
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 3:32:23 PM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 3:32:23 PM
JEFFREY D. KYLE
Clerk

**ALLISON PALMER**     **GEORGE E. McCREA**
51ST & 119TH DISTRICT ATTORNEYS
124 W. Beauregard
San Angelo, Texas 76903

325/659-6583
325/658-6831 (Fax)

325/655-6116

January 28, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Capitol Station
Austin, Texas 78711

Style: Julie Ann Martinez, Appellant v. The State of Texas—Case # 03-14-00065-CR Trial
Court# D-13-0127-SB, 391st District Court

Dear Mr. Kyle:

The State believes that the trial court ruled correctly in this case. With regard to
the Anders brief filed by Appellant, the State hereby notifies the Court that it will not
respond on the merits to the points raised and conceded by Appellant's brief. Please
file this letter response with the papers in the cause and bring it to the attention of the
appropriate members of the Court or its staff.

Sincerely,

Meagan White
Asst. District Attorney
51st Judicial District
124 W Beauregard, Ste. B
San Angelo, TX 76903
(325) 659-6583
(325) 658-6831 FAX
TSB# 24060973

cc: Kirk Hawkins